# EXHIBIT B

U.S. Department of Homeland Security
National Records Center
P.O. Box 648010
Lee's Summit, MO  64064-8010



U.S. Citizenship
and Immigration
Services

November 21, 2018

NRC2018172222

Lam Thuy Vo
BuzzFeed
111 East 18th Street Newsroom
New York, NY  10003

Dear Lam Thuy Vo:

Don't waste time waiting for the US Postal Service to deliver the information you requested. Go online, create an account, and receive the information electronically! Read the attached yellow flyer for more details.

We received your request for information on November 20, 2018, relating to I-589 applications between January 1, 2008 and November 21, 2018.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2018172222.  Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system.  Your request has been placed in the simple track (Track 1).  You specifically requested:

> 1. A copy of the database created from completed USCIS Forms 1-589 applications (https //www.uscis gov/system/files force/files/form/i-589.pdf) received by USCIS between January 1, 2008 through the date of search, which, at minimum, should include the following columns.

> > a. City for the U.S. residence of the applicant
> > b. State for the U.S. residence of the applicant
> > c. Zip code for the U.S. residence of the applicant
> > d. Gender of the applicant
> > e. Marital status of the applicant
> > f. Birthdate for the applicant
> > g. Present nationality for the applicant
> > h. Nationality at birth for the applicant
> > l. Race, ethnic or tribal group for the applicant
> > j. Religion of the applicant
> > k. Whether the applicant is currently in Imm1gratrnn Court proceedings or not (True or False)
> > L. Native language of the applicant
> > m. Whether the applicant is fluent in English (True or False)
> > n. Other languages spoken fluently by the applicant
> > o. Whether the applicant has a spouse
> > p. Gender of the applicant's spouse

NRC2018172222
Page 2

q. Nationality of the applicant's spouse
r. Race, ethnic or tribal group for the applicant's spouse
s. The number of children the applicant has (put 0 if applicant does not have children)
t. Nationality /nationalities of the applicant's children
u. Ages of the applicant's children
v. The country where the applicant last (most recent) feared persecution
w. The last (most recent) type of school that the applicant attended
x. The last (most recent) occupation of the applicant
y. Why the applicant is filing for asylum (Race, religion, nationality, political opinion, membership in a particular social group or torture convention)
z. Whether the applicant, their family, or close friends or colleagues have ever experienced harm or mistreatment or threats in the past by anyone
aa. Whether the applicant fears harm or mistreatment if they return to their home country
bb. Whether the applicant is filing this application more than 1year after your last arrival in the United States
cc. Whether the form was prepared by someone other than the applicant
dd. The full name of the preparer
ee. The name of their law firm or organization of the preparer
ff. The name of the recognized organization of the preparer
gg. The attorney state bar number of the preparer
hh. The address of the preparer
ii. The daytime telephone number of the preparer
jj. The city of the preparer
kk. The location of the preparer
ll. The zip code of the preparer
mm. The outcome of the case (received asylum, did not receive asylum)

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.4(a)), USCIS uses a "cut-off" date to delineate the scope of a FOIA request by treating records created after that date as not responsive to that request. Therefore, in determining which records are responsive to your request, we will only include records in the possession of this agency as of November 21, 2018 the date we began the search for records.

Because of the subject matter and because of your demonstrated ability to disseminate information to the public, USCIS will grant this request for fee waiver.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

U.S. Department of Homeland Security

NRC2018172222
Page 3

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

*This office now offers an online delivery option. If you would like to receive the requested records online, you will need to register this request at https://first.uscis.gov. If you do not already have a MyUSCIS account you will be prompted to create one. Once logged on, click the "Register Request" link where you* will be asked to enter your control number NRC2018172222 and the following six digit PIN: 849001. If you do not wish to take advantage of this option, we will be providing your records on a Compact Disc (CD) for use on your personal computer. To request your responsive records on paper, please include your control number and write to the above address Attention: FOIA/PA Officer, or fax them to (816) 350-5785.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

You may check the status of your FOIA request online, at www.uscis.gov/FOIA. Click the "Check Status of Request" button in the middle of the web page or "FOIA Request Status Check & Average Processing Times" on the left side under "Freedom of Information and Privacy Act (FOIA)." Then click "FOIA Check Status of Request" at the bottom of the page and follow the instructions given. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call The National Customer Service Center at 1-800-375-5283. Please be aware that the National Records Center no longer accepts FOIA/PA related questions directly by phone.

All FOIA/PA related requests, including address changes, must be submitted in writing and be signed by the requester. Please include the Control Number listed above on all correspondence with this office. Requests may be mailed to the FOIA/PA Officer at the PO Box listed at the top of the letterhead, emailed to USCIS.FOIA@uscis.dhs.gov, or sent by fax to (816) 350-5785. You may also submit FOIA/PA related questions to our email address at FOIAPAQuestions@uscis.dhs.gov.

Sincerely,

Jill A. Eggleston
Director, FOIA Operations