UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BUZZFEED, INC.,                                             :
                                                            :
                        Plaintiff,                          :
                                                            :
        - - against - -                                     :   Case No. 19-cv-1219
                                                            :
U.S. CITIZENSHIP AND                                        :   **PLAINTIFF'S CORPORATE**
IMMIGRATION SERVICES,                                       :   **DISCLOSURE STATEMENT**
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X

Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned counsel hereby certifies that Plaintiff BuzzFeed, Inc. is a privately owned corporation.  Ten percent or more of its stock is owned by NBCUniversal Media LLC, a wholly-owned indirect subsidiary of Comcast Corporation, which is publicly traded.  No other publicly held company owns ten percent or more of its stock.


DATED: February 8, 2019                          Respectfully Submitted,

                                                 BUZZFEED, INC.


                                         By:        s/  Nabiha Syed
                                                 _____

                                                 Nabiha Syed, Esq.
                                                 Matthew L. Schafer, Esq.
                                                 BuzzFeed, Inc.
                                                 111 E. 18th Street, 14th Floor
                                                 New York, NY 10003
                                                 Tel: (646) 798-0693
                                                 Fax: (212) 431-7461
                                                 Nabiha.Syed@BuzzFeed.com
                                                 Matthew.Schafer@BuzzFeed.com

                                                 *Counsel for Plaintiff BuzzFeed, Inc.*