UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                                       :

BUZZFEED, INC.,                                                :

                        Plaintiff,                    :

            - - against - -               :          Case No. 19-cv-1219

U.S. CITIZENSHIP AND                  :          **NOTICE OF APPEARANCE**
IMMIGRATION SERVICES,               :

                      Defendant.                :
-------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

      Please enter my appearance as counsel in this action for Plaintiff BuzzFeed, Inc.  I certify that I am admitted to practice in this Court.


DATED: February 8, 2019                          Respectfully Submitted,

                                                    BUZZFEED, INC.


                                  By:       s/  Matthew L. Schafer

                                                   Matthew L. Schafer, Esq.
                                                   BuzzFeed, Inc.
                                                 111 E. 18th Street, 14th Floor
                                                 New York, NY 10003
                                                 Tel: (646) 798-0693
                                                 Fax: (212) 431-7461
                                                 Matthew.Schafer@BuzzFeed.com

                                                 *Counsel for Plaintiff BuzzFeed, Inc*.