FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Citizenship and Immigration Services

was received by me on *(date)*  February 11, 2019

☐ I personally served the summons on the individual at *(place)*

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: On February 12, 2019, I sent the summons to the U.S. Citizenship and Immigration Services via Certified Mail, Return Receipt Requested, Article No. 7018 3090 0001 1470 5107; to the Civil Process Clerk, U.S. Attorney's Office of the Southern District of New York via Certified Mail, Return Receipt Requested, Article No. 7018 3090 0001 1470 5091; to the Attorney General of the United States via Certified Mail, Return Receipt Requested, Article No. 7018 3090 0001 1470 5084.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/20/2019

*Server's signature*

Matthew L. Schafer

*Printed name and title*

111 E. 18th St., 14th Floor
New York, NY 10003

*Server's address*

Additional information regarding attempted service, etc: